```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT OF
CORNUCOPIA CRUISE LINE, INC.,

                Plaintiff,

-against-

UNKNOWN DEFENDANT,

                Defendant.

24-cv-08462 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of the November 6, 2024 complaint in this action, in which Plaintiff Cornucopia Cruise Line, Inc. seeks limitation of liability pursuant to 46 U.S.C. §§ 30501 *et seq*. *See* Dkt. No. 1. As an initial matter, as a basis for venue, the complaint states that "[v]enue is proper pursuant to Rule F(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims because the Vessel is within the jurisdiction of the United States District Court for the Southern District of New York." *Id.* at ¶ 2. This conclusory allegation regarding venue is insufficient for the Court to determine whether venue properly lies in this district, particularly since other asserted facts specifically reference other locations outside the district (*e.g.* the April 2024 incident took place in the Eastern District of New York, and it appears the Plaintiff's vessels dock and launch from New Jersey).

      Accordingly, it is hereby ORDERED that Plaintiff must amend the complaint to provide a sufficient factual basis for the assertion of venue, no later than **December 12, 2024**, or risk dismissal of this action.

Dated: November 12, 2024
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge