USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/03/2024__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT OF CORNUCOPIA CRUISE LINE, INC., AS OWNER/OPERATOR OF CORNUCOPIA MAJESTY FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Civil Action No.: 24-cv-8462

**ORDER RESTRAINING SUITS, APPROVING PLAINTIFF'S SECURITY AND DIRECTING ISSUE OF NOTICE AND FILING OF CLAIMS**

**WHEREAS,** a Complaint was filed herein on November 6, 2024, by the above-named Plaintiff, Cornucopia Cruise Lines, Inc., as owner of the vessel CORNUCOPIA MAJESTY (hereinafter the "Vessel"), for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501, et seq., and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure concerning any alleged claims, damages or losses arising out of an incident that occurred aboard the Vessel on or about April 20, 2024, as more fully described in the Complaint:

**WHEREAS**, the Complaint filed by Cornucopia Cruise Lines, Inc. stated facts and circumstances upon which said Exoneration from or Limitation of Liability are claimed; and

**WHEREAS**, the Complaint established that the value of Cornucopia Cruise Lines, Inc.'s interest in the Vessel and her pending freight, if any, did not exceed Three Million Dollars and 00/100 ($3,000,000)(U.S.) on the close of her voyage; and

**WHEREAS**, Cornucopia Cruise Lines, Inc. has filed with the Court an Affidavit for Value, dated November 6, 2024, detailing why Cornucopia Cruise Lines, Inc.'s interest in the Vessel is presently Three Million Dollars and 00/100 ($3,000,000)(U.S.), and has filed primary securing for limitation for that amount; and

**WHEREAS**, it appears that claims in excess of the Vessel's value may be made against Cornucopia Cruise Line, Inc. and / or the Vessel for losses, damages, death and / or injuries alleged to have been sustained during the voyage upon which the Vessel was then engaged; and

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value in the sum of Three Million Dollars and 00/100 ($3,000,000)(U.S.), pursuant to 46 U.S.C. §§ 30523, be and are hereby approved; and

**IT IS FURTHER ORDERED** that the Court, only upon motion and good cause shown, shall cause appraisement of the value of the Vessel and may thereupon order said security increased or reduced, if It finds the amount thereof insufficient or excessive; and

**IT IS FURTHER ORDERED** that a Notice shall issue by the Clerk of the Court to all persons asserting claims or suits with respect to which the Complaint seeks Exoneration from or Limitation of Liability admonishing them to file their respective claims with the Clerk of this Court, in writing, and serve on the attorneys for Cornucopia Cruise Lines, Inc. a copy thereof, **ON OR BEFORE THE** __January 3, 2025_____, or be defaulted, and that if any claimant desires to contest either the right to Exoneration from or the right to Limitation of Liability, such claimant shall file and serve on the attorneys for Cornucopia Cruise Lines, Inc., Kaufman Dolowich LLP, 25 Main Street, Suite 500, Hackensack, New Jersey, 07601, an Answer to the Complaint on or before said date (unless the claim has included an Answer to the Complaint, so designated), or be defaulted, and

**IT IS FURTHER ORDERED** that aforesaid hat the aforesaid Notice shall be published in the New York Post, a newspaper with general circulation, once a week for four (4) weeks before the return date of said Notice, as provided by Supplemental Admiralty Rule

F and copies of said Notice shall be mailed by Cornucopia Cruise Lines, Inc. in accordance with such Rule to every person known to have made any claim against the Vessel or Cornucopia Cruise Lines, Inc., or to its attorneys; and

**IT IS FURTHER ORDERED** that the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution hereafter of any and all suits, actions, or proceedings of any nature, and description whatsoever in any Court of any jurisdiction, or otherwise, against Cornucopia Cruise Lines, Inc. and/or the Vessel, and the taking of any steps and the making of any motion in such actions, suits or proceedings except in this action, to recover damages for or in respect to the aforesaid casualty as more fully described in the Complaint be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action, and all warrants of arrest and/or attachment issued or sought in such other suits, actions, or legal proceedings be and the same are hereby dissolved and further warrants of arrest and/or attachment are hereby prohibited; and

**IT IS FURTHER ORDERED** that service of this order as a Restraining Order be made through the U.S. Post Office or by Federal Express by mailing a conformed copy hereof to the person or persons to be restrained, or to their respective attorneys.

Dated: December 3, 2024

By: _____
Clerk of the United States District Court
for the Southern District of New York

3