USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT OF CORNUCOPIA CRUISE LINE, INC., AS OWNER/OPERATOR OF CORNUCOPIA MAJESTY FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Civil Action No.: 24-cv-8462

### NOTICE OF FILING OF A COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BEFORE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE THAT** Plaintiff, Cornucopia Cruise Line, Inc., as owner and operator of the vessel, CORNUCOPIA MAJESTY (Official Number 990930), a United States Flagged passenger vessel utilized in the excursion day cruise business in and about New York Harbor (hereinafter referred to as "the Vessel"), has filed a Complaint claiming the right to Exoneration from or Limitation of Liability pursuant to the Shipowner's Limitation of Liability Act of 1851, Title 46 U.S.C. § 30501, *et seq.*, for all claims, damages, personal injury, death, and / or losses arising out of or result from alleged incident on April 20, 2024 following the completion of a day cruise and while docked at the Brooklyn Army Terminal located in Brooklyn, New York, as described in the Complaint, and

**PLEASE TAKE FURTHER NOTICE THAT** all persons, firms, entities or corporations, having any claim or suit against Cornucopia Cruise Line, Inc. arising out of or resulting from the alleged incident must file a Claim as provided in Rule F of the Supplemental Rules for Certain Admiralty and Marine Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse for the Southern District of New York, located at the Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, and serve on or mail to the Plaintiff's counsel: Gino A. Zonghetti, Esquire,

Kaufman Dolowich LLP, 25 Main Street, Suite 500, Hackensack, New Jersey 07601 on or before ____January 3, 2025_____, or be defaulted. Personal attendance is not required.

**PLEASE TAKE FURTHER NOTICE THAT** any claimant desiring to contest Cornucopia Cruise Line, Inc.'s right either to Exoneration from or Limitation of Liability shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental Rule F of the Federal Rules of Civil Procedure and deliver or mail a copy to the attorneys for Cornucopia Cruise Line, Inc. or be defaulted

Dated: December 3, 2024

By: _____[signature]_____
Clerk of the United States District Court
for the Southern District of New York