USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/21/2025___

# KAUFMAN | DOLOWICH LLP

**Attorneys at Law**

**Kaufman Dolowich LLP**
25 Main Street, Suite 500
Hackensack, New Jersey 07601

Telephone: 201.488.6655
Facsimile: 201.488.6652

KaufmanDolowich.com

February 20, 2025

*__Via PACER__*
Hon. Margaret M. Garnett, District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Court House
40 Foley Square
New York, New York 10007
Courtroom 906

> Re:  *In the Matter of the Complaint of Cornucopia Cruise Line, Inc.*
> *as Owner/Operator of Cornucopia Majesty for Exoneration from or*
> *Limitation of Liability*
>
> *U.S. District Court for the Southern District of New York*
> *1:24-cv-08462-MMG*

Dear Judge Garnett:

We represent Limitation Plaintiff / Petitioner Cornucopia Cruise Line, Inc. in the above-referenced matter, and write on behalf and with consent of Limitation Defendants / Respondents, Thorn Melville and Michael Peters. As Your Honor is aware, this matter is presently scheduled for an Initial Pretrial Conference before Your Honor on Tuesday, February 25, 2025. After meeting and conferring with counsel for Defendants / Respondents, the parties respectfully request an adjournment of the Initial Pretrial Conference to the week of April 7, 2025, or a time thereafter that is convenient for the Court (with a corresponding extension of time for the pre-conference submission.)

At the outset, the parties submit that this is their first request for an extension and that both parties have met, conferred and agreed to request same. It is submitted that there is good cause for the requested adjournment insofar as at least two (2) parties, Defendant ByFar Entertainment, LLC and Defendant, F&D Security 2019, Inc. have yet to answer or otherwise appear and respond in this matter. The extension of time will not only allow these parties to appear in this case, but allow them to participate in the proposed Civil Case Management Plan and attend the Initial Pretrial Conference. Additionally, the undersigned's wife is presently eight (8) months pregnant with an anticipated due date of April 1, 2025. It is submitted that the requested adjournment would also then allow for the various deadlines in the Civil Case Management Plan to occur after the undersigned has returned from brief family leave.

We thank Your Honor for Your Honor's consideration of this letter.

Respectfully submitted,

Matthew J. Pallay

KAUFMAN DOLOWICH, LLP
25 Main Street, Suite 500
Hackensack, New Jersey 07601
T: (201) 708-8240
*matthew.pallay@kaufmandolowich.com*

*Attorneys for Petitioner*
*Cornucopia Cruise Line, Inc.*

Cc:    ***Via Electronic Mail and PACER***
       BLITZ LAW GROUP, LLP
       Justin M. Blitz
       747 Third Avenue, 23rd Floor
       New York, New York 10017
       T: (212) 871-1300
       *justin@schulmanblitz.com*

       ORLANDO & ASSOCIATES, P.C.
       Joseph M. Orlando, Jr.
       *Pro Hac Vice Pending*
       1 Western Avenue
       Gloucester, Massachusetts 01930
       T: (978) 283-8100
       *jmorlandojr@orlandoassociates.com*

       *Attorneys for Respondents*
       *Thorn Melville and Michael Peters*

Application GRANTED.  The Initial Pretrial Conference currently scheduled for February 25, 2025, shall be ADJOURNED to **Tuesday, April 22, 2025, at 11:30 a.m.**  The conference shall be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  The parties' joint letter and proposed Civil Case Management Plan shall be due no later than **April 15, 2025**.  The Clerk of Court is respectfully directed to terminate Dkt. No. 21.

SO ORDERED.  Date: 2/21/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

2